UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| ERIC SMITH, | \* | CR 23-40123 |
| Plaintiff, | \* | |
| vs. | \* | ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |
| STATE OF SOUTH DAKOTA, | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pending before the Court is Plaintiff's pro se motion to remove a criminal case pending against him in the First Judicial Circuit Court of South Dakota to the United States District Court. (Doc. 1). Petitioner filed a motion to proceed in forma pauperis. (Doc. 2). His financial affidavit does not provide sufficient information to enable this Court to determine whether he can pay the $405 filing fee. This Court ordered Smith to file a completed Long Form Application to Proceed in District Court Without Prepaying Fees or Costs, (Form AO 239), or pay the $405 filing fee by March 27, 2024. (Doc. 7). At this time, Smith has not filed a Form AO 239 or paid the $405 filing fee.

Accordingly, IT IS ORDERED that Smith's Complaint, (Doc. 1), is dismissed without prejudice for failure to prosecute.

Dated this 8th day of April, 2024.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK